United States District Court
Southern District of Texas
**ENTERED**
February 01, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANJU MANI, and | § | |
| | § | |
| ISAAC STINSON, by and through | § | |
| his Legal Guardian, Jim Stinson, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 4:17-cv-1547 |
| v. | § | |
| | § | |
| WILLOW MEADOWS CIVIC CLUB, | § | |
| INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court after considering the parties' joint stipulation to dismiss this matter hereby GRANTS their Joint Stipulation of Dismissal WITH PREJUDICE.

IT IS SO ORDERED

SIGNED this 1st day of February, 2018

_____
UNITED STATES DISTRICT JUDGE